**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

M. DAVID WERTHEIMER,            )        NO. CV 13-8045-MMM(E)
                                )
                Plaintiff,      )
                                )
        v.                      )        JUDGMENT
                                )
EDMUND G. 'JERRY' BROWN,         )
ET AL.,                         )
                                )
                Defendants..    )
_____)


        IT IS ADJUDGED that the action is dismissed without prejudice.


        DATED:  May 22, 2014



                        _____
                              MARGARET M. MORROW
                        UNITED STATES DISTRICT JUDGE